**Order entered March 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00228-CV

**BEATRIZ PANGILINAN AND
CAREWORKS HOME HEALTH SEVICES, INC., Appellants**

**V.**

**NARCISSA VITERBO BARDELOZA AND EDUARDO BARDELOZA, Appellees**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 08-03729**

## ORDER

We **GRANT** appellants' March 7, 2013 unopposed motion to withdraw and substitute counsel. We **DIRECT** the Clerk of this Court to remove Thomas Foster and Susan Foster as counsel for appellants and to substitute Arthur L. Walker, Jr., Gerald Bright, David Craft, and Mathew Jacob of the law firm of Walker Bright, P.C. as counsel for appellants. All future correspondence shall be sent to counsel for appellants at the following address:

Walker Bright, P.C.
100 North Central Expressway, Suite 800
Richardson, Texas 75080

/s/ CAROLYN WRIGHT
CHIEF JUSTICE